PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTIN DAMONTE MITCHELL,<br><br>    Defendant. | CASE NO. 1:24-CR-00054-JLT-SKO<br><br>UNITED STATES' SUPPLEMENTAL EXHIBITS RE: PRETRIAL SERVICES VIOLATION<br><br>DATE: April 8, 2024<br>TIME: 2 p.m.<br>COURT: Hon. Sheila K. Oberto |

  The United States of America, by and through its undersigned counsel, hereby submits the following exhibits obtained today from the Pretrial Services Office. These exhibits, in conjunction with the evidence previously submitted (Doc. 41), support the pretrial violation allegations in this matter:

  1. Urinalysis results and chain of custody, attached hereto as Government Exhibit 3; and

  2. Defendant's admission to marijuana use on February 28, 2023, attached hereto as Government Exhibit 4.

Dated: April 4, 2024            PHILLIP A. TALBERT
                      Acting United States Attorney

                      By: /s/ KAREN A. ESCOBAR
                           KAREN A. ESCOBAR
                           Assistant United States Attorney

**Abbott**

# DRUG TEST REPORT

Alere Toxicology Services, Inc.
1111 Newton Street
Gretna, LA  70053
(800) 433-3823
FAX: (504) 361-8298

| | |
|---|---|
| CACP PRETRIAL LOS ANGELES | |
| ERIC KAUFMAN | |
| 255 EAST TEMPLE ST. STE 1100 | |
| LOS ANGELES, CA 90012 | |
| Facility Phone:  213-894-5395 | Fax:  213-894-0231 |

| | |
|---|---|
| Account Number: | 09730002S |
| Div. Office Number: | 09730002S |
| National Lab Number: | 67544017 |
| Specimen ID Number: | B05219646 |
| Specimen Type: | URINE |

| | |
|---|---|
| Collection Site Number: | 09730002S |
| Collection Site Name: | CACP PRETRIAL LOS ANGELES |
| Collection Site Address: | 312 NORTH SPRING STREET, ROOM 754 |
| Collection Site City, State Zip: | LOS ANGELES, CA 90012 |
| Collection Site Phone: | 213-894-5395 |
| Collection Site Fax: | 000-000-0000 |

| | |
|---|---|
| PACTS Number: | 8901873 |
| Onsite Test ID: | CACPT248735 |
| Case Officer Initials: | CW |
| **Collector Name** | |
| NOEL ZEPEDA | |

**Donor Name/ID:** MITCHELL

Reason for Drug Test:  Urine Surveillance

Date Collected:   02/28/24
Date Received:   03/12/24
Date Reported:   03/13/24

Panel Description:  THC CONF CLIN 1098

| Drug Test Result | Drug/Remark | Quantitative Value |
|---|---|---|
| POSITIVE | MARIJUANA METABOLITE | |

Confirmation Method:   GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| MARIJUANA METABOLITE | | 15 ng/ml | POSITIVE |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 20 mg/dL |
| SPECIFIC GRAVITY | NORMAL | = or > 1.0030 - < 1.0450 |
| pH | NORMAL | = or > 4.0 - < 10 |

Comments     NEGATIVE FOR OXIDIZING AGENTS

**GOVERNMENT EXHIBIT 3**

_signature: Susan Bybee_

SUSAN BYBEE - CERTIFYING TECHNICIAN/SCIENTIST

NOEL ZEPEDA
COLLECTOR NAME

Page 1 of 2

**Alere Toxicology Services, Inc.**
1111 Newton St., Gretna, LA 70053
(504) 361-8989 (800) 433-3823

**Chain of Custody for Drug Analysis**
**Federal Pretrial Services**

Specimen Number: B05219646

Account Number: 09730002S

B05219646

**Results Name & Address**
CACP PRETRIAL LOS ANGELES
255 EAST TEMPLE ST. STE 1100
LOS ANGELES, CA  90012
213-694-5395
09730002S

Tests Ordered (Check all that apply)
☐ Primary Test Panel   ☐ Secondary Test Panel   ☐ Special Test Panel
☒ Confirmation Only (specify) THC
☐ Individual Special Tests (specify) _____

**SPECIMEN ID INFORMATION**

Case Officer Initials: C W   Date Collected: 02/28/24

Collector's Name: NOEL ZEPEDA

☒ 01 Officer
☐ 02 Treatment Program
☐ 03 Other

Offender/Defendant Last Name: MITCHELL

First Name: [redacted]

PACTS No. 890873   Onsite/Test ID: CACPT248735

Reason For Specimen:
☐ 01 Presentence Report   ☐ 02 Substance Abuse Treatment   ☐ 03 Mental Health Treatment
☒ 04 Urine Surveillance   ☐ 05 Pretrial Report   ☐ 06 Other (specify) _____

**MEDICAL QUESTIONNAIRE**
Medicine(s) Name | Reason for Use | Date Used

**Specimen Collector Certification**
I certify I collected the specimen identified by the specimen number on this form in accordance with the required collection procedures. I certify I applied the numbered security seal and barcode to the specimen bottle in the offender/defendant's presence. I have verified that the specimen number on the form, the barcode, and the specimen seal are identical.

Collector's Signature   Date

**Specimen Transfer Certification**
I certify I prepared for transfer to Testing Laboratory the specimen identified by the specimen number on this form and have verified the identity of the specimen with its collection chain of custody documentation. I certify I applied the numbered security seal and barcode to the specimen bottle. I have verified the specimen number on the form, the barcode, and specimen security seal are identical.

Transferer's Signature   3/8/24

Accessioner: C. ROYAL
C. Royal
RCVD: 03/12/2024  SEAL INTACT
Transfer to Temp Storage
Chain #: B05219646

K  3/9/14

Ship Specimen To: Alere Toxicology Services, Inc.
1111 Newton Street
Gretna, LA 70053

67544017

**COLLECTOR INSTRUCTIONS**
- COMPLETE - Specimen ID Information before collection
- COLLECT - Specimen in accordance with Administrative Procedures
- AFFIX - Security Seal and barcode to specimen bottle as illustrated above
- ASK - Offender/Defendant to verify bottle was sealed in his/her presence
- INITIAL - Initial security seal and enter date collected
- ASK - Offender/Defendant to read, sign, and date Offender/Defendant Certification
- SIGN - Specimen Collector Certification after sealing specimen bottle and applying security seal

9315286914

Form # 2004B

PLY 2   SEND THIS COPY TO LAB WITH SPECIMEN

Page 2 of 2

PROBPTS-004 (CD/CA)
Rev. 05/07/19

# Central District of California

## Admission Report
### Report of Positive (without urinalysis)

Name: Justin Damonte Mitchell    Docket No.: 2:24 MJ 00904

Date of Use: 2/28/24    PACTS No.: 8901873

Substance(s) Used: Marijuana

You have admitted to consuming a prohibited substance(s) on the date indicated above. Use of prohibited substances (which includes drugs prescribed for someone other than you by a licensed physician) constitutes a violation of your Court-ordered conditions. Admissions of use of prohibited substances are reported to the Court and may result in a Court hearing to determine if you are in violation of the conditions of your release. During this hearing, you have the right to representation by counsel, and an attorney will be appointed for you if you cannot afford one.

**I HAVE READ AND UNDERSTAND THIS NOTICE, AND I AM AWARE OF MY RIGHTS TO A HEARING.**

JDM  I admit to illegal use of a prohibited controlled substance.
Initials

_____    _____
Signature of Client           Witnessed By

02-28-2024                    2/28/24
Date                          Date

Comments:

GOVERNMENT EXHIBIT 4