**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
NATASHA BAILEY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATASHA BAILEY,<br><br>Defendant | Case No.: 1:24-cr-00054-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON, AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, NATASHA BAILEY, by and through her attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the change of plea hearing currently set for October 27, 2025, at 9:00 a.m. (See ECF Doc. 86) be continued to Tuesday, January 20, 2026, at 9:00 a.m.

Defense counsel has begun jury trial for the matter of *People v. Abel Juarez BF172055A,* and will be unavailable on the current change of plea date. I have spoken to AUSA Karen Escobar and it is my understanding she has no objection to this request for a continuance.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of the Court's

finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

                                      Respectfully Submitted,

DATED: October 22, 2025                 */s/ Alekxia Torres Stallings*
                                                      ALEKXIA TORRES STALLINGS
                                                      Attorney for Defendant
                                                      NATASHA BAILEY

DATED: October 22, 2025                 */s/Karen Escobar*
                                                      KAREN ESCOBAR
                                                      Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the change of plea date currently set for October 27, 2025, be continued to Tuesday, January 20, 2026 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **October 24, 2025**                                                       
                                                                   UNITED STATES DISTRICT JUDGE