MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
JUSTIN DAMONTE MITCHELL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>JUSTIN DAMONTE MITCHELL,<br><br>         Defendants. | CASE NO. 1:24-CR-00054-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE: December 1, 2025<br>TIME: 9:00 a.m. |

**STIPULATION**

Justin Mitchell, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. This matter is set for sentencing on December 1, 2025. (Doc. 79).

2. A presentence investigation referral/schedule notes the draft report shall be disclosed to counsel no later than October 20, 2025.

3. A presentence interview was conducted on October 10, 2025.

4. Counsel will be out of state on December 1, 2025, and will be unavailable for the sentencing hearing.

5. Counsel is scheduled to appear before the the Honorable Judge Sharon Gleason, in the

1

United States District Court, District of Alaska from November 9, 2025, through November 12, 2025, for a sentencing in the matter of *U.S. v. Lisa Santana.* This will not allow counsel with sufficient time to review the final Presentence Investigation Report with Mr. Mitchell and prepare a formal objection.

6. Counsel has informed AUSA Karen Escobar and USPO Ross Micheli. There is no objection of either party to the continuance and the rescheduling of the presentencing referral to the following dates:

| | |
|---|---|
| Judgment and Sentencing Date: | February 9, 2026 |
| Reply or State of Non-Opposition: | February 2, 2026 |
| Formal objections to the presentence report shall be filed With the court and served on the probation officer and opposing counsel no later than: | January 26, 2026 |
| Final sentencing report shall be filed with the court and disclosed to counsel no later than: | January 19, 2026 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel, no later than: | January 12, 2025 |
| The draft Presentence Report shall be disclosed to counsel no later than: | December 29, 2025 |

**IT IS SO STIPULATED.**

DATED: October 23, 2025

                                    */s/ Monica L. Bermudez*
                                    MONICA L. BERMUDEZ
                                    Counsel for Defendant
                                    Justin Mitchell

DATED: October 23, 2025

                                    /s/ Karen Escobar
                                    KAREN ESCOBAR
                                    Assistant United States Attorney

# O R D E R

**IT IS SO ORDERED** that the sentencing set on December 1, 2025, be vacated and reset to February 9, 2026. It is further ordered the presentence investigation referral schedule shall be amended as followed:

| | |
|---|---|
| Judgment and Sentencing Date: | February 9, 2026 |
| Reply or State of Non-Opposition: | February 2, 2026 |
| Formal objections to the presentence report shall be filed with the court and served on the probation officer and opposing counsel, no later than: | January 26, 2026 |
| Final sentencing report shall be filed with the court and disclosed to counsel no later than: | January 19, 2026 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel, no later than: | January 12, 2025 |
| The draft Presentence Report shall be disclosed to counsel no later than: | December 29, 2025 |

IT IS SO ORDERED.

Dated:   **October 24, 2025**                                    /s/ Jennifer L. Thurston
                                                                              UNITED STATES DISTRICT JUDGE